IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) Case No 1:23-cr-00388 |
| vs. | ) ) ) |
| JARED LUTHER OWENS, | ) ) ) |
| Defendant | ) |

## MOTION FOR A HEARING ON DETENTION

COMES NOW, Defendant Jared Owens, by and through counsel, and hereby requests a hearing on his detention under 18 U.S.C. § 3145(b) and for his motion states and avers to the Court as follows:

  1. Defendant's previous public defender did not present evidence during the hearing on detention in Missouri.

  2. Defendant is not a danger to the community and is not a flight risk.

  3. Defendant requests an evidentiary hearing on detention.

WHEREFORE, Defendant requests this Court grant his Motion for a Hearing on Detention.

Respectfully Submitted,

/s/ Kristi S. Fulnecky
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC

1

                                               2627 W. Republic Road, Suite A-108
                                               Springfield, MO  65807
                                               417-882-1044 phone
                                               kristi@fulneckylaw.com

                                               ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of the United States District Court for the District of Columbia on December 12, 2023, using the CM/ECF System and a copy was made available to all electronic filing participants.

                                               */s/  Kristi S. Fulnecky*
                                               Kristi S Fulnecky
                                               Attorney for Defendant