IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) Case No. 23-CR-388 |
| V. | ) ) ) |
| JARED LUTHER OWENS, | ) ) |
| Defendant, | ) |

**RESPONSE TO GOVERNMENT'S RESPONSE TO MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS**

**COMES NOW**, Defendant, Jared L. Owens, by and through counsel, and hereby submits to the Court his Response to the Government's Response to Motion to Modify Pre-Trial Release Conditions. Defendant states to the Court the following:

1. Defendant has proven that he is compliant with the current bond conditions.

2. Defendant does not need to cite legal authority for this Court to modify its own bond conditions.

3. There is no proof that Defendant assaulted "officers."

4. This Court did state that it would adopt a wait and see approach when Defendant asked about working and attending church during the hearing for pre-trial release.

5. Defendant's extended family has been assisting with paying

1

      Defendant's bills and is unable to do so now.

6. Defendant has many bills that are late and he has had to use all of his credit cards to pay for his family's expenses.

7. The job offered to Defendant provides health insurance for Defendant's family if he is able to go back to work.

8. Defendant is unable to apply for state assistance because his wife makes over the threshold required for assistance.

9. Defendant was traditionally the sole provider of his family and provided insurance.  His wife is currently working but it is not enough to cover their bills.  Defendant has a small child as well.

    **WHEREFORE,** Defendant prays for this Court to grant his motion to modify pre-trial release conditions.

                Respectfully Submitted,

                 */s/  Kristi S. Fulnecky*
                 Kristi S. Fulnecky, MO Bar # 59677

                 FULNECKY LAW, LLC
                 2627 W. Republic Road, Suite A-108
                 Springfield, MO  65807
                 417-882-1044 phone
                 kristi@fulneckylaw.com

                 ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Pacer System on April 17, 2024, using the Federal E-file System and a copy was made available to all electronic filing participants.

*/s/ Kristi S. Fulnecky*
Kristi S Fulnecky
Attorney for Defendant