UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   Case No. 23-CR-388 |
| | * |
| **JARED OWENS,** | * |
| | * |
| Defendant. | * |

### MOTION TO WITHDRAW WITHOUT AN APPEARANCE

**COMES NOW**, Kristi S. Fulnecky, attorney for Defendant, Jared Owens, and hereby moves the Court for its order granting attorney, Kristi S. Fulnecky, leave to withdraw without appearance from any and all further representation of Jared Owens herein.

1. The Defendant does not have the funds to continue paying the attorney of record.

2. The Defendant is requesting a public defender at this time to represent him in this above matter.

**WHEREFORE,** Kristi S. Fulnecky, respectfully prays this Court grant her motion for leave to withdraw as counsel of record without appearance and for such other and further relief as the Court deems necessary.

Respectfully Submitted,

*/s/ Kristi S. Fulnecky*
Kristi S. Fulnecky, MO Bar # 59677

FULNECKY LAW, LLC
2627 W. Republic Road, Suite A-108
Springfield, MO  65807
417-882-1044 phone
kristi@fulneckylaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was electronically filed with the Clerk of the Missouri Courts on June 5, 2024, using the E-file System and a copy was made available to all electronic filing participants.

*/s/  Kristi S. Fulnecky*
Kristi S Fulnecky
Attorney for Defendant
