IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JASON W. WALLIS, )<br>)<br>Defendant. )<br>) | Case No. 1:23-cr-00388 RDM |

## STATUS REPORT

Comes now, Defendant, Jason WALLIS, by and through counsel, Jeffrey A. Goldfarb, and hereby respectfully replies to this Court's order dated September 1, 2024 as follows:

1. As directed, the parties have conferred with each other and the clerk to discern availability for trial.

2. It is the expectation that, should this matter proceed to trial, it will not require more than five to seven days in total.

3. Additionally, after speaking with this Court's clerk, it is the counsel's understanding that the Court's first available trial setting for a trial of this length would not be until the beginning of 2025.

4. While the United States, through Assistant United States Attorney Joseph S. Smith, is first available in November of 2024, the undersigned and Ms. Angela L. Williams, attorney for co-defendant Jared Owens, are not available until the middle of April 2025.

5. Thus, if it meets with the Court's approval, all parties are available anytime beginning the week of April 14th or thereafter.

Respectfully submitted,

GOLDFARB LAW GROUP, L.L.C.

By: /s/ Jeffrey A. Goldfarb
Jeffrey A. Goldfarb, #MO0026 / 45091MO
222 South Meramec, Suite 203
St. Louis, Missouri 63105
Office: 314-266-9999
Cell:    314-229-1028
Fax:    314-897-5737
Jeff@314law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was forwarded via automatic operation of the Court's electronic filing system on 9/16/2024 to all parties.

By:   /s/ Jeffrey A. Goldfarb
         Jeffrey A. Goldfarb