IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case NO. 1:23-cr-00388-RDM |
| | ) |
| JARED LUTHER OWENS | ) |
| | ) |
| Defendant, | ) |

### Motion to Modify Pre-Trial Release Conditions

COMES NOW the Defendant, JARED LUTHER OWENS by and through undersigned counsel, and hereby moves this Court for its Order to modify conditions of pretrial release and in support of his motion states that :

### Suggestions in Support

1. Defendant has been compliant with all conditions of pretrial release to date.
2. He currently is on home detention location monitoring which is the most restrictive type of location monitoring.
3. Mr. Owens' wife has recently found out she is pregnant and at high risk.
4. Mr. Owens requests that his location monitoring be modified to a curfew rather than home detention. This will allow Mr. Owens to move more freely and to attend to his wife and to attend doctor's appointments and emergencies that may arise during her high-risk pregnancy.
5. I have spoken to pretrial in St. Louis and the Washington DC office and neither have any objection to this request.
6. Defendant is no threat to the community.

Wherefore, Defendant Prays for this Court to grant his motion to modify his conditions of release from home detention to curfew.

1

Respectfully Submitted

_____

Angela L. Williams, MO52190
Assistant Federal Public Defender
1000 Walnut Ste 600
Kansas City, MO 64106
Angie_williams@fd.org

Attorney for Defendant

Certificate of Service

I hereby certify that October 7, 2024 the forgoing was filed in the Court's Electronic filing system and a copy electronically served on all parties.

_____

Angela L. Williams

2